# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2009

Marilyn Kelly,
Chief Justice

137800

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 137800
COA: 286614
Berrien CC: 2005-404992-FJ

KEYON JAQUE BROWN,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 24, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2009

_____
Clerk

s0520